HILARY POTASHNER (No. 167060)
Federal Public Defender
Hilary_Potashner@fd.org
DAVID MENNINGER (No. 281460)
Deputy Federal Public Defender
David_Menninger@fd.org
321 East Second Street
Los Angeles, California 90012-4202
Telephone (213) 894-1891
Facsimile (213) 894-0081

Counsel for Petitioner DALRICK AION HENRY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRICK AION HENRY,<br><br>      Petitioner,<br><br>  v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security, et al.,<br><br>      Respondents. | No. CV 17-6948-PSG (PLA)<br><br>**ORDER FOR VOLUNTARY DISMISSAL OF SECTION 2241 HABEAS PETITION** |

/
/
/
/
/
/
/
/
/
/

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the current action should be dismissed.

IT IS SO RECOMMENDED:

DATED: February 1, 2018

_____
HONORABLE PAUL L. ABRAMS
United States Magistrate Judge

IT IS SO ORDERED:

DATED: February 5, 2018

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Presented by:

*/s/ David Menninger*
David Menninger
Deputy Federal Public Defender